# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMMITT JACKSON, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> RICHLAND SCHOOL DISTRICT, *et al.*, <br><br> Defendants. | NO. CV-09-5032-RHW <br><br> **ORDER GRANTING STIPULATION AND DISMISSING CASE** |

Before the Court is the parties' Stipulation of Dismissal (Ct. Rec. 15). The parties ask that Plaintiffs' claims for relief be dismissed with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. Pursuant to the parties' Stipulation, Plaintiffs' claim for relief are **dismissed** with prejudice and without any costs to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **close the file**.

**DATED** this 28th day of May, 2010.

*s/Robert H. Whaley*

ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2009\Jackson\dismiss.wpd

**ORDER GRANTING STIPULATION AND DISMISSING CASE ~ 1**